FILE COPY

No. 07-16-00341-CV

| | | |
|---|---|---|
| Charles Griffin Custom Ready-Built Homes, Inc. Appellant | § § | From the 237th District Court of Lubbock County |
| v. | § | May 29, 2018 |
| Brandon Dieringer and Laura Dieringer Appellees | § | Opinion by Justice Pirtle |

## J U D G M E N T

Pursuant to the opinion of the Court dated May 29, 2018, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

It is further ordered that appellate costs be taxed against the party incurring the same.

It is further ordered that this decision be certified below for observance.

o O o